UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.G., Detainee, Otay Mesa Detention Facility,<br><br>                                 Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center, et al.,<br><br>                                 Respondents. | Case No.:  25cv3562-LL-MMP<br><br>**ORDER TO SHOW CAUSE AND DEADLINES FOR SUPPLEMENTAL BRIEFING** |

      Pending before the Court is Petitioner J.M.G.'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Petitioner's Ex Parte Motion to Proceed Under Pseudonym. ECF Nos. 1, 2. The Court previously ordered: "By **December 22, 2025**, Respondents shall respond to the Petition and, also, either state its non-opposition or oppose Petitioner's Ex Parte Motion to Proceed Under Pseudonym." ECF No. 6 ("Order") at 2. Respondents timely responded to the Petition but failed to state its non-opposition or oppose Petitioner's Motion to Proceed Under Pseudonym. *See generally* ECF No. 7.

      Accordingly, by **January 9, 2026**, at **10:00 a.m**., Respondents are **ORDERED TO SHOW CAUSE** in writing for its failure to state a non-opposition or oppose Petitioner's Motion to Proceed Under Pseudonym. Should it file a non-opposition or opposition by that

time, the OSC will be discharged without further action from the Court; however, if Respondents fail to respond by that time, the Court will find that it does not oppose the Motion to Proceed Under Pseudonym and rule accordingly.

Finally, also by **January 9, 2026**, at **10:00 a.m**., Respondents are **ORDERED TO SHOW CAUSE** in writing, of no more than five (5) pages, for its position on whether Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 25-cv-1873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), which, since the filing of this Petition, has entered final judgement as to the Bond Eligible Class. *See Bautista*, ECF No. 94.

By **January 14, 2026**, at **10:00 a.m.**, Petitioner may file a reply of no more than five (5) pages in response to Respondents' OSC briefing on *Bautista*. Petitioner may also file a reply to any opposition to the Motion to Proceed Under Pseudonym by that time.

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
Honorable Linda Lopez
United States District Judge