

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.G., Detainee, Otay Mesa Detention Facility<br><br>Plaintiff,<br>V.<br><br>See Attachment<br><br><br>Defendant. | Civil Action No.   25-cv-3562-LL-MMP<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. By January 15, 2026, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a), during which they shall not deny him bond based on 8 U.S.C. § 1225(b)(2)'s mandatory-detention requirement; it does not apply here. Petitioner's requests for attorney fees and costs is denied without prejudice. This case is hereby closed.

Date:     1/8/26

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler
                         B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-3562-LL-MMP

Respondents:

Christopher J. LaRose,
as Senior Warden, Otay Mesa Detention Center;

US Department of Homeland Security;

US Immigration and Customs Enforcement;

Kristi Noem,
as Secretary of the United States Department of Homeland Security;

Todd Lyons,
as Acting Director of U.S. Immigration and Customs Enforcement;

Doe 1,
ICE Enforcement and Removal Office Field Operations Director for San Diego;

Does 2-10